FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JACOB FELCH,<br><br>Defendant. | No. 2:21-CR-00099-SAB-1<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 53)** |

Before the Court is Defendant's Second Motion to Modify Conditions of Pretrial Release, **ECF No. 53**. The Defendant recites in his motion that the United States and U.S. Probation do not oppose this request. Specifically, the Defendant is seeking removal of the pretrial release condition of GPS electronic monitoring, ECF No. 36, Special Condition No. 19.

The Court has considered Defendant's Second Motion to Modify Conditions of Pretrial Release, **ECF No. 53**, and the attached letters of support, one from an AmeriCorps representative and one from a member of law enforcement. The Court notes Defendant appears to be engaged in pro-social activities and Defendant appears to be abiding by all conditions of pretrial release since the last hearing before the Court.

The Court has has taken into account the nature and circumstances of the offense charged, the weight of the evidence against Defendant, as well as

ORDER - 1

Defendant's history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct and history relating to alcohol and drug abuse, and also criminal history, record concerning appearance at court proceedings, whether Defendant was under supervision at the time of the alleged offense, and the nature and seriousness of the danger to the community posed by Defendant's release, the absence of the electronic monitoring condition would tip the balance toward detention rather than release.  The Court finds that the previously imposed GPS monitoring condition may be removed at this time.

**IT IS ORDERED:**

1.      Defendant's Second Motion to Modify Conditions of Pretrial Release, **ECF No. 53, is GRANTED.**

2.      **The condition of GPS electronic monitoring, Release Condition Number 19, ECF No. 36 at 5, is hereby STRICKEN**.

3.      **All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.**

**IT IS SO ORDERED**.

DATED June 15, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2