FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN JACOB FELCH,<br><br>　　　　Defendant. | No. 2:21-CR-00099-SAB-1<br><br>ORDER GRANTING DEFENDANT'S THIRD MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>　**(ECF No. 60)** |

　　Before the Court is Defendant's Third Motion to Modify Conditions of Pretrial Release, **ECF No. 60**. The Defendant recites in his motion that the United States and U.S. Probation do not oppose this request. Specifically, the Defendant requests that the Court strike Condition No. 11 at ECF No. 36 requiring Defendant to have a third-party custodian and reside with a third-party custodian.

　　The Court has considered Defendant's Third Motion to Modify Conditions of Pretrial Release, **ECF No. 60**. The Court notes Defendant appears to be engaged in pro-social activities and Defendant appears to be abiding by all conditions of pretrial release since the last hearing before the Court.

　　The Court has has taken into account the nature and circumstances of the offense charged, the weight of the evidence against Defendant, as well as Defendant's history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the

ORDER - 1

community, community ties, past conduct and history relating to alcohol and drug abuse, and also criminal history, record concerning appearance at court proceedings, whether Defendant was under supervision at the time of the alleged offense, and the nature and seriousness of the danger to the community posed by Defendant's release.  The Court finds that the previously imposed Condition No. 11 at ECF No. 36 requiring Defendant to have a third-party custodian and reside with a third-party custodian is no longer necessary based on the record before the Court.

**IT IS ORDERED:**

1. Defendant's Third Motion to Modify Conditions of Pretrial Release, **ECF No. 60, is GRANTED.**

2. Release Condition No. 11 at ECF No. 36 is hereby **STRICKEN**. Defendant is no longer required to have a third-party custodian and Defendant is no longer required to reside with a third-party custodian.

3. **All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.**  In particular, Defendant is reminded that release Condition No. 2 remains in place and requires the following: "Defendant shall reside at an address approved by Pretrial Services and advise the court, defense counsel and the U.S. Attorney in writing at least twenty-four hours before making any change in address or phone number."  ECF No. 36, Release Condition No. 2.

**IT IS SO ORDERED**.

DATED August 25, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2