UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Felch, John Jacob | Docket No. | 0980 2:21CR00099-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Chris Heinen, Pretrial Services Officer, presenting an official report upon the conduct of defendant John Jacob Felch, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 6th day of January 2022, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. John Jacob Felch is alleged to have violated standard condition number 9 by ingesting codeine, previously occurring on or about August 30, 2023, based on urinalysis testing and subsequently laboratory confirmation.

On January 7, 2022, the conditions of pretrial release supervision were reviewed with Mr. Felch. He acknowledged an understanding of his conditions, which included standard condition number 9.

Specifically, on August 30, 2023, Mr. Felch reported to the U.S. Probation Office in Spokane, as directed to submit to random urinalysis testing. Mr. Felch ultimately submitted a urinalysis sample for testing that reflected as presumptive positive for morphine. Mr. Felch adamantly denied any use of the substance and did sign a drug use denial form. The sample was packaged and forwarded to the contract laboratory for confirmation.

On September 6, 2023, laboratory confirmation was received from the laboratory confirming the sample submitted by Mr. Felch was positive for codeine. On September 7, 2023, Mr. Felch was again contacted telephonically and directed to report for urinalysis testing. Mr. Felch subsequently reported on the day in question, and did provide a urinalysis sample that tested negative for all substances. During both interactions Mr. Felch maintained that he had at no time intentionally or willfully ingested codeine and indicated that he was unsure how the substance had entered his system.

In response to the circumstances, Mr. Felch was reprimanded for having a prescription medication in his system that he was not prescribed, and he was advised that further similar circumstances would result in a request that he present before the Court, to which he stated his understanding. In addition, the parties did collaboratively discuss the negative impact that any such continued behavior could have on both his personal goals, as well as his current pretrial supervision. Mr. Felch was informed that he could expect to be directed to report for random urinalysis testing at an increased rate moving forward.

      PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

PS-8
Re: Felch, John Jacob
September 11, 2023
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  September 11, 2023 |
| by | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ X ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

9/13/23
Date